NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BARRY JONES,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

———————————

2025-2112

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-7793, Judge William S. Greenberg.

———————————

**O R D E R**

The appellant having failed to file the required Notice of Unrepresented Person Appearance form, and having failed to file the brief required by Federal Circuit Rule 31(d) within the time permitted by the rules, it is

2                                                          JONES V. COLLINS

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

January 9, 2026
Date

Jarrett B. Perlow
Clerk of Court